**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARCO VERCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:23-cv-03147-JPG |
| ) | |
| MAX MEDIA LLC, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT IN A CIVIL CASE**

The Court having received a Notice for Dismissal signed by the Plaintiff advising this

Court that they have dismissed this case with prejudice;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without

costs.

**DATED:  November 17, 2023**

MONICA A. STUMP, Clerk of Court

By:      *s/ Tina Gray,*
         Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE